**No. 49268.**—Protests 91362–K, etc., of Ernst Furth et al.    (New York).

Opinion by Cole, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, MARCH 17, 1944

**No. 49269.**—Protests 105771–K, etc., of Accident & Casualty Insurance Co. of Winterthur, Switzerland, et al. (New York).

Opinion by Kincheloe, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, MARCH 17, 1944

**No. 49270.**—Protests 95779–K, etc., of National·Adhesives Corp. et al. (New York).

Opinion by Keefe, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, MARCH 18, 1944

**No. 49271.**—Protests 971767–G, etc., of Allied Stores Corp. et al. (Baltimore, etc.).

Opinion by Oliver, P. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49272.**—Protests 80515–K, etc., of Sprouse-Reitz Co., Inc., et al. (San Francisco and Seattle).

Opinion by Oliver, P. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49273.**—Protests 102568–K, etc., of B. R. Anderson & Co. et al.   (Seattle and Tampa).

Opinion by Walker, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49274.**—Protests 12403–K, etc., of Wm. Filene's Sons Co. et al.   (Boston, etc.).

Opinion by Walker, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.